IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 08-00266-CG |
| | ) | |
| TERRY WAYNE BURT, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The defendant, TERRY WAYNE BURT, has written the court requesting early termination of his supervised release. The court has been advised that neither the Probation Office nor the United States objects to early termination of the defendant's supervised release term. Therefore, the court hereby **GRANTS** the request and the defendant hereby is released from supervision.

**DONE and ORDERED** this 21st day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE